HOGAN LOVELLS
CADWALADER

Hogan Lovells Cadwalader US LLP
555 Thirteenth St. NW
Washington, D.C. 20004

T: +1 202 637 5600
F: +1 202 637 5910
jessica.ellsworth@hlc.com
www.hlc.com

July 31, 2026

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *Cleveland Bakers & Teamsters Health & Welfare Fund v. AMAG Pharmaceuticals, Inc.*, No. 25-1334

Dear Ms. Dubrovsky:

We write to bring the Court's attention to *Yousefzadeh v. Newton's Pharmacy, Inc.*, __ F.4th __, 2026 WL 2192415 (2d Cir. July 30, 2026) ("Op."), in which the Second Circuit joins the Third, Sixth, and Seventh Circuits in applying the indirect purchaser rule to RICO. Op. *16.

*Yousefzadeh* explains that the text of RICO's private cause of action "mirrors … almost exactly" that of the Clayton Act. Op. *17. Because "courts—including the Supreme Court—often interpret civil RICO in parallel with the major antitrust statutes," and because the reasons for applying an indirect purchaser rule apply just as well in the RICO context as they do in antitrust, the court "join[s its] sister circuits in holding that the indirect purchaser rule applies to civil RICO actions." Op. *17, 19; *see* Response Br. 19-23.

The Second Circuit's analysis dispenses with many of the arguments made by Plaintiffs here. The court rejects the analogy to *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985), because—unlike the "antitrust injury" concept discussed in that case—"the indirect purchaser rule is intelligible and applies in the civil RICO context." Op. *19; *see also* Response Br. 23-24. The court also squarely rejects the notion that "RICO's proximate cause rules leave no room for an indirect purchaser rule." Op. *19; *contra* Opening Br. 22. As the court explains, "the indirect

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

purchaser rule is *consistent* with," but distinct from, "civil RICO's proximate cause principles." Op. *19; *see also* Response Br. 28-30.

Finally, the court rejects policy arguments like those presented by Plaintiffs here, *see* Opening Br. 28-30, as inconsistent with the Supreme Court's admonition not to "engage in an unwarranted and counterproductive exercise to litigate a series of exceptions." Op. *19 (quoting *Apple Inc. v. Pepper*, 587 U.S. 273, 285 (2019)). As the court recognizes, "the indirect purchaser rule [is] a 'bright line' requirement that applies even when a policy rationale does not map neatly onto the facts of a particular case." Op. *18 (quoting *Pepper*, 587 U.S. at 279); *see* Response Br. 30-33.

Respectfully submitted,

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

*Counsel for Defendants-Appellees*

CC: All counsel of record via CM/ECF